UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RANDALL RALPH PAGE, | ) | CASE NO. EDCV 18-155-AGR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| NANCY A. BERRYHILL, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: August 3, 2018

_____
ALICIA G. ROSENBERG
United States Magistrate Judge